AMICK v. TOWN OF STALLINGS

[326 N.C. 587 (1990)]

MICHAEL W. AMICK, JUDY J. AMICK, ROBERT V. ARONE, MARIAN B. ARONE, ROY E. BENNETT, PEGGY B. BENNETT, RALPH M. BOUNDS, CONSTANCE W. BOUNDS, BILLY D. BOWERS, CAROL L. BOWERS, ROLLA G. BRYANT, CAROL J. BRYANT, YUNG KI CHANG, SOON SUN CHANG, THOMAS EVANS, BRENDA H. EVANS, HENRY E. FERGUSON, SR., ENRICO GALLINARO, DONALD E. GOESSEL, KATHLEEN F. GOESSEL, G. TED HADDEN, ROBIN C. HADDEN, FREDRICK D. JUDSON, STEPHANIE JUDSON, DAVID C. KNOX, MARIE K. KNOX, RONALD MENICHELLI, DEBORAH L. MENICHELLI, JAMES F. NICHOLS, ELAINE NICHOLS, JEAN A. ROGERS, RANDY S. SINKOE, MARCI A. SINKOE, SIDNEY F. SOOUDI, KAZUYO K. SOOUDI, NORMAN F. STAMBAUGH, III, WILLIAM H. THURSTON, FAYE C. THURSTON, CRAWFORD B. WATSON, HAZEL J. WATSON, ROY ALLEN WILEY, KIM W. WILEY, BRUCE JOHNSON, NANCY JOHNSON, CARY LAWRENCE, GWEN LAWRENCE, FRANK FLOYD, PATRICIA FLOYD, GAILE GORDON, JOANNE GORDON, IRA BOSTIC, HELEN BOSTIC, JACKIE E. PURSER, JR., ZONE C. PURSER, EDWARD SMITH, GIRTHEL SMITH, JAMES K. BOSSBACH, SHIRLEY C. BOSSBACH, JOHN E. ARANT, AND DELORES D. ARANT v. TOWN OF STALLINGS

No. 396PA89

(Filed 10 May 1990)

ON respondent Town of Stallings' petition for discretionary review of the decision of the Court of Appeals, 95 N.C. App. 64, 382 S.E.2d 221 (1989), affirming an order of *Albright, J.*, entered out of session on 16 June 1988 by consent of the parties after hearing at the 23 May 1988 Civil Session of Superior Court, UNION County, remanding an annexation ordinance to the Town pursuant to N.C.G.S. § 160A-38(g)(2). Heard in the Supreme Court 9 April 1990.

*Thomas, Harrington & Biedler, by Larry E. Harrington, and Smith, Helms, Mulliss & Moore, by Larry B. Sitton, for petitioner-appellees.*

*Griffin, Caldwell, Helder & Lee, P.A., by W. David Lee, for respondent-appellant Town of Stallings.*

*North Carolina League of Municipalities, by S. Ellis Hankins, General Counsel, and Kimberly L. Smith, Assistant General Counsel, amicus curiae.*

PER CURIAM.

Discretionary review improvidently allowed.